### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

DOPA
7/12/24

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 24-3241MJ |
| 1. Anthony Patrick Cordova, and | |
| 2. Anthony Duarte, | |
| Defendants. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendants violated 18 U.S.C. § 922(a)(1)(A), 923(a), and 924(a)(1)(D), offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

PATRICK
CHAPMAN
Digitally signed by PATRICK CHAPMAN
Date: 2024.07.12 16:08:01 -07'00'

Digitally signed by George Fulton
DN: cn=George Fulton, email=george.fulton@atf.gov, c=US
Date: 2024.07.12 19:04:14 -04'00'

| TFO George Fulton, ATF | |
|---|---|
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| July 12, 2024 | at | Phoenix, Arizona |
|---|---|---|
| Date | | City and State |

| HONORABLE MICHAEL T. MORRISSEY | |
|---|---|
| United States Magistrate Judge | M Morrissey |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## **ATTACHMENT A**

## **DESCRIPTION OF COUNT**

## **COUNT 1**

### **Dealing Firearms without a License**

On or between February 18, 2021, through July 9, 2024, in the District of Arizona, Defendants ANTHONY PATRICK CORDOVA and ANTHONY DUARTE, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, George Fulton, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 31, 2019. I have completed the Arizona Law Enforcement Academy at the Phoenix Police Academy in Phoenix, Arizona and I have been employed with the City of Phoenix Police Department (PPD) as a Peace Officer since February 2004. I completed the United States Army Criminal Investigation Division (CID) Special Agent Course and served as a special agent in the United States Army Reserves from August 2011 to March 2019.

2.    I obtained a federal commission in the United States Army in 2003 and served as a commissioned officer in the Arizona Army National Guard. As a commissioned officer, I planned and managed numerous military ranges. I have served as platoon leader in a "gun truck" company during combat operations in Iraq between 2009 and 2010. As a CID Special Agent, I attended the Defense Intelligence Agency (DIA) threat financing course and training by the Arizona Attorney General's Office for money laundering.

3.    I am currently assigned to the Phoenix Police Department's Crime Gun Intelligence Unit (CGIU) within the Violent Crimes Bureau. During my time as both a detective and special agent, I have conducted investigations of violent crimes, specifically: Homicide, Aggravated Assault, Armed Robberies, Misconduct Involving Weapons, Money Laundering, Fraud, Theft of Firearms, and Illegal Trafficking of Firearms.

4.    The facts in this statement of probable cause come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that Anthony Patrick CORDOVA and

Anthony DUARTE committed violations of Title 18, United States Code (U.S.C.) § 922(a)(1)(A), 923(a), and 924(a)(1)(D), Dealing Firearms without a License.

## PROBABLE CAUSE

### February 2021 Murder and Firearms Dealing Investigation

5.   On February 19, 2021, at approximately 10:14 p.m., PPD responded to a shooting in South Phoenix. When PPD officers arrived, they located two victims ("victim #1" and "victim #2") who had suffered multiple gunshot wounds. Victim #1 was pronounced deceased at the scene. Victim #2 was transported to a Maricopa County hospital for a gunshot wound to the femur and buttocks. PPD Detectives processed the scene and recovered six 9mm expended cartridge casings.

6.   On February 20, 2021, the Gila River Police Department notified PPD that several items of evidence that appeared to be associated to the homicide were located on Wild Horse Pass Casino property. PPD detectives responded to the location and recovered a Glock 19 9mm caliber pistol with serial number GGA955 ("firearm #1") and other evidence associated to the homicide. Firearm #1 was processed by the PPD crime laboratory and determined to be the source for the six 9mm expended cartridge casings recovered from the homicide scene.

7.   On February 22, 2021, Task Force Officer ("TFO") Caggiano received recovery details regarding the initial purchase for firearm #1. A review of the information showed firearm #1 was purchased by the Maricopa County Superior Court in 2006 for use by Maricopa County Adult Probation (MCAP). TFO Caggiano contacted Maricopa County Adult Probation Supervisor Brian Armbruster regarding firearm #1. Armbruster said the firearm was turned into ProForce, a federal firearms licensee, as MCAP was transitioning to different caliber handguns. Armbruster explained that he then purchased firearm #1 from ProForce on February 18, 2021, after MCAP had turned it in.

8.   Armbruster stated after buying firearm #1, he posted it for sale on Armslist.com. He sold firearm #1 and a second firearm to a Hispanic male at a Quik Trip

gas station in Peoria, Arizona. He sold both firearms to the Hispanic male for approximately $1250.

9.     Armbruster said the Hispanic male was possibly in the Air Force or Air National Guard. He provided the phone number the Hispanic male was using as (480) 268-6097 and email address from the Armslist.com transaction as squadron944@outlook.com.

10.    PPD detectives conducted a records' check of the contact information Armbruster provided. They were able to identify the accounts as associated to Anthony Patrick CORDOVA.

11.    On February 24, 2021, TFO Caggiano obtained a search warrant from Maricopa County Superior Court for CORDOVA's buccal swabs, photograph, fingerprints, and cellular phone. On the same day, PPD detectives contacted CORDOVA at his residence and transported him to a police facility for service of the search warrant.

12.    Detectives then interviewed CORDOVA, who admitted he bought and sold firearms on Armslist.com with Subject 1 and Subject 2. CORDOVA acknowledged the sale of the firearms was for financial gain.

13.    CORDOVA advised he had purchased and sold an estimated 20 different firearms. He explained 5 of those firearms were for himself and the other 15 firearms were purchased for other people. He said he tried to make $50 extra from each firearm sale. CORDOVA related Subject 1 and Subject 2 both relied on him to locate the firearms and he would act as the "middleman" for Subject 1 and Subject 2 on the Armslist.com account. He explained the negotiation for the purchase of the firearms would occur on his cell phone.

14.    CORDOVA acknowledged that on February 18, 2021, he saw a posting on Armslist.com for the sale of a Glock 19 pistol (firearm #1).  He contacted the seller of the firearm on behalf of Subject 2 to purchase it. CORDOVA advised that he was aware Subject 2 had told the seller he was in the military in an attempt to get a discount on the price of the firearms. CORDOVA provided that he arranged a time and location for the transaction. He continued to talk to Armbruster by cell phone until Subject 2 arrived to purchase the firearms.

15.    CORDOVA said he knew Subject 2 would sell the firearms to an unknown "Mexican" who only spoke Spanish. CORDOVA admitted he had purchased firearms for Subject 1 and Subject 2 for them to then sell for profit. CORDOVA explained he was in the United States Air Force and Subject 2 would often pretend to be him to try and obtain discounts when purchasing firearms.

16.    CORDOVA acknowledged that he would "pool" his money with Subject 2 to buy guns. He would purchase the firearms and Subject 1 would sell the firearms for him. He said he was only aware Subject 2 would sell all his firearms to the unknown Hispanic male. CORDOVA related he would look for firearms to purchase while he was on duty at Luke Air Force Base.

17.    At the conclusion of the interview, I notified CORDOVA he was violating federal firearms law by dealing in firearms without a license. I also advised him that if he desired to sell firearms, he needed to obtain a Federal Firearms License. CORDOVA acknowledged what he was being told and said he would stop and instead focus on school.

**November 2021 Firearms Dealing Investigation**

18.    On November 9, 2021, Special Agents Atencio and Sander contacted Subject 3 regarding the purchase of 59 firearms (55 Glock pistols and 4 FN 5.7 pistols) between September 14, 2021, and October 30, 2021. The agents contacted Subject 3 at his home, located at 727 W. Magdalena Drive in Tempe. SA Atencio asked Subject 3 about the recent large purchases of firearms, to which he said he no longer had any of the firearms. He continued to explain that he had sold all the firearms to various people.

19.    SA Sander asked if Subject 3 had sold the firearms on Armslist.com and Subject 3 said no. He acknowledged he initially signed up for an account, but said he never completed the profile. Subject 3 could not recall any specific dates or names of the people to whom he sold the firearms.

20.    Subject 3 was then warned about lying to a federal officer and SA Atencio asked again for whom Subject 3 was straw purchasing firearms. Subject 3 then stated he had purchased the firearms for a person named "Chino." Subject 3 gave a second name of

"Tito" as another person for whom he was straw purchasing. When questioned if "Chino" and "Tito" were the same person, Subject 3 said he was not sure but believed it was the same person.

21.     SA Atencio obtained consent from Subject 3 to search his phone. SA Atencio asked for Subject 3 to type "guns" in the search bar of the cell phone, which pulled up a text string with a person named Anthony CORDOVA and Subject 1. SA Atencio obtained consent for them to review the text string to corroborate Subject 3's statements. SA Atencio noted the text conversations appeared to show the group talking about the buying and selling of firearms.

22.     Subject 3 initially said CORDOVA lived in the neighborhood and had two vehicles, a white Honda and a gray Dodge charger. He then said CORDOVA lived next door to him at 713 W. Magdalena Drive. SA Atencio saw a white Honda parked at the residence with Arizona license plate GKA2NA. SA Atencio provided a Warning Notice of Unlicensed Firearms Dealing to Subject 3 and concluded the contact.

23.     On November 17, 2021, SA Atencio and SA Sanders contacted CORDOVA at his residence, 713 W. Magdalena Drive. SA Atencio advised CORDOVA they wanted to speak with him regarding his involvement in the purchase and sale of firearms with Subject 3. CORDOVA advised he had purchased 30 to 40 firearms in the past from Armslist. He explained that he stopped meeting people to sell firearms after he was robbed. He stated he had been warned previously by someone he thought was an ATF agent when one of the firearms he sold was recovered in a murder.

24.     CORDOVA initially said that Subject 3 had purchased and sold all the firearms on his own. SA Atencio informed him of the text messages and CORDOVA acknowledged his involvement with Subject 3. He explained they were selling firearms as a way to make extra money. CORDOVA stated he had stopped for a short period of time after being robbed.

25.     CORDOVA continued to advise that he only provided money to Subject 3 for the purchase of the firearms. Subject 3 would sell the firearms for profit and each of them

would then split the profits. CORDOVA again stated he never went to buy or sell firearms after he had been robbed.

26.    CORDOVA told agents he was currently in United States Air Force and was stationed at Luke Airfield. At the time of the interview, he was an E-3 with three years left on his contract. He had an additional source of income from selling shoes on the secondary market.

27.    SA Atencio asked for CORDOVA to explain his prior activities of selling firearms. CORDOVA related he was purchasing firearms using his Armslist account. He would only buy and sell firearms on Armslist. SA Sander confronted CORDOVA about the text messages, to which CORDOVA acknowledged he was orchestrating the purchase and sale of firearms involving Subject 3.

28.    CORDOVA explained he would pool his money with Subject 3 and Subject 1 to buy guns. Subject 3 would keep the guns after they were purchased. Each person would split the profits from the sale of the firearms depending on the amount of money the person contributed. The firearms would be sold to buyers CORDOVA identified on Armslist.

29.    When SA Atencio asked if they could check CORDOVA's phone to identify the buyers of the firearms, CORDOVA declined. He informed the two agents he had deleted the text messages and contacts related to firearms' sales. When SA Atencio asked why he would delete the messages, CORDOVA stated it was because he did not want his name on anything related to the sale of firearms. He had been warned before by ATF for what he was currently doing.

30.    CORDOVA did advise that they had regular customers. One of the customers was an unknown Hispanic male who had bought 10 firearms. SA Atencio and SA Sanders provided CORDOVA with an ATF Warning Letter warning against unlicensed firearms dealing.

**April 2024 Crossroads Phoenix Gun Show**

31.     On April 27th and 28th of 2024, the Crossroads of the West Gun Show was in Phoenix at the Arizona State Fairgrounds. The event is a large traveling gun show where vendors sell firearms and related items.

32.     On April 27, 2024, at approximately 11 a.m., PPD Sgt. Kohler observed what appeared to be a cash transaction between two individuals identified as Anthony DUARTE and CORDOVA in the parking lot of the Arizona State Fair Grounds in Phoenix. Both CORDOVA and DUARTE were standing at the rear of a 2006 Ram 1500 pickup truck with Arizona license plate A9A6KM when CORDOVA was seen handing money to DUARTE. CORDOVA then returned to the truck to get additional cash and handed it to DUARTE. Following the cash transfer, the two entered the gun show together. *See Photographs below.*

 



33.    At approximately 11:40 a.m., Sgt. Kohler saw DUARTE returning to the vehicle carrying several pistol-size firearm cases. Sgt. Kohler noted CORDOVA was already getting into the passenger side of the vehicle when he saw DUARTE carrying the gun cases. DUARTE then placed the gun cases into the cab of the truck and entered the driver's seat.

34.    The vehicle left the Arizona State Fair grounds and law enforcement maintained surveillance. Sgt. Kohler saw the vehicle cross over the center line several times as it went southbound on 15th Avenue from McDowell Road. PPD Officers Adam, Shaba, and Juarez conducted a traffic stop of the vehicle at 1610 W. Linden Street in Phoenix. Upon contact, DUARTE and CORDOVA advised they had firearms in the vehicle.

35.    Sgt. Kohler contacted DUARTE, advising him of his *Miranda* warnings. DUARTE stated he had just left the gun show after purchasing five Glock handguns. There were additional firearms in the vehicle, but he could not recall what they all were. DUARTE confirmed he purchased the five Glocks for $650 at the gun show. When he was questioned about cell phone messages, DUARTE said there were possible messages on his cell phone regarding "gun dealing."

36.    DUARTE said he had picked up CORDOVA prior to them going to the gun show. DUARTE confirmed some of the firearms he purchased were firearms CORDOVA had pointed at while inside the gun show. They had discussed the purchase of the firearms

prior to making any transactions at the gun show. The two went to a booth that was doing private sales. DUARTE related this was where he purchased all five Glocks for $650 apiece. DUARTE confirmed there were also possible messages with CORDOVA regarding the sale of firearms. DUARTE then confirmed that he purchased the firearms CORDOVA "liked" at the gun show. PPD officers found approximately $1126.00 in DUARTE's wallet.

37.    DUARTE subsequently gave permission to remove the below firearms from the vehicle. With the possible exception of the Ruger SR1911, based on training and experience, I know that the other firearms in the below list are not manufactured in Arizona and thus traveled in interstate commerce to reach the state:

a) Glock 26, Gen 5, Pistol, Serial Number (S/N): AEAZ342

b) Glock 26, Pistol, S/N: CVP717US

c) Glock 22, Pistol, S/N: CLR374US

d) Glock 22, Pistol, S/N: HVL847

e) Glock 21, Gen 4, Pistol, S/N: BCMX743

f) Kimber, Custom LW, Pistol, S/N: K946685

g) Lorcin, L9, Pistol, S/N: 130901

h) Taurus, PT740, Pistol, S/N: SEW09350

i) Stoeger, STR-9C, Pistol, S/N: T6429-21S10149

j) Ruger, SR1911, Pistol, S/N: 672-63964

*See Photograph below:*



38.   PPD officers conducted a records' check of CORDOVA and found that he had an active Order of Protection against him. The Order of Protection was issued by the Honorable Deborah Begay on April 4, 2023. A review of the Order of Protection showed CORDOVA was prohibited from possessing, receiving, or purchasing firearms.

39.   Following *Miranda*, Officer Shaba interviewed CORDOVA.   CORDOVA confirmed he had been served with an Order of Protection about "a year and a half" earlier. The Order of Protection was expiring in six months and dealt with his "ex." His "ex" obtained the "gun order" because he had firearms in his house, and she tried to make it sound like he was a "dangerous guy." CORDOVA admitted he knew was not supposed to have any firearms and was advised by his lawyer he could give the firearms he owned to his father.

40.   Officer Shaba talked with CORDOVA about the money he had, and CORDOVA responded that he buys and sells cars. CORDOVA then acknowledged he had gone to the gun show today to look at firearms. He agreed with Officer Shaba's statement about him going to a gun show with a "bunch of money" and then being stopped in a car filled with guns. CORDOVA asked if it was illegal for him to be in the same vehicle with

all the firearms, asking "even though I don't own any of those?" Officer Shaba advised him they would be taking DNA for comparison to the firearms, and CORDOVA said his DNA would not be on the firearms. He also denied knowledge of a firearm that was recovered underneath his seat.

41.   CORDOVA admitted to being at the gun show but denied handling any of the firearms. He was aware there were undercover officers at the gun show but denied providing DUARTE with any money. He did not ask DUARTE to purchase any firearms for him, nor did any of the firearms in the truck belong to him.

42.   CORDOVA stated he had pulled $1500 out from the bank to purchase a vehicle to try and flip it. He explained that he just carried his money on him and recently had his IDs taken from a DUI. He explained that his wallet was impounded with his car, and he did not have access to his debit card. He needed the money on him so he could purchase things. He pulled the cash out when his car got towed and pulled more money out that day.

43.   PPD officers located a small black bag in the truck that CORDOVA identified as belonging to him. Officers inventoried the contents and found approximately $3,376.00 in cash inside. The cash was found in four separate bundles, with one being loose cash of $376 dollars, and the remaining three bundles were $1000 each.

44.   Later, your Affiant conducted a second interview with DUARTE. Your Affiant specifically asked DUARTE if he was planning to sell the firearms he purchased, and he responded, "I would be open to." DUARTE advised they (referring to CORDOVA and himself) had gone to the gun show to look at firearms.

45.   DUARTE admitted he had discussed purchasing the five Glock firearms with CORDOVA. He was initially going to purchase three or four but was encouraged to purchase all five firearms. DUARTE did not clarify who was encouraging him to purchase all five firearms. DUARTE again said there were probably messages in his phone regarding firearms being for sale. I asked DUARTE what his profit was going to be from the sale of

the firearms, and he stated, "Uh, whatever that's above six fifty." I asked for him to explain and he said, "Uh I mean, whatever I could get for them."

46.   DUARTE confirmed he had sold 10 to 20 firearms, explaining he lost count of all the sales. DUARTE explained he was working as an automobile technician and work was pretty slow, so he was subsidizing his income with the purchase and sale of firearms. He would sell the firearms for whatever he could get, but said it was normally over $700. DUARTE said the money he had on him came from work and he just pulled the money out of his bank.

47.   DUARTE confirmed he only purchased the five firearms from the gun show. He had been doing "this" for a "month, month and a half," referring to buying and selling firearms. I asked how he got involved in it and he said from CORDOVA. He explained CORDOVA told him he could make money by selling firearms. DUARTE said CORDOVA would ask him to go pickup firearms and DUARTE would bring them back to CORDOVA's house. CORDOVA would then pay him.

48.   Your Affiant recontacted CORDOVA, confirming he still understood his *Miranda* warnings. CORDOVA provided the passcode to his cellular phone before asking for an attorney. Your Affiant advised CORDOVA that his phone was going to be seized pending the service of a search warrant.

49.   Your Affiant then recontacted DUARTE with SA Gremaud about the firearm seizure, currency, and his cellular phone. Your Affiant confirmed the gray Apple iPhone removed from a PPD property bag belonged to him. DUARTE consented to a search of the phone that showed a text message thread with CORDOVA. One of the messages observed on the string was a conversation about a table at the gun show not being an FFL, which meant no paperwork would be needed.

50.   We then recontacted CORDOVA one final time about the seizure of firearms, currency, and his cellular phone. Your Affiant confirmed the white Apple iPhone removed from a PPD property bag belonged to him. CORDOVA provided the passcode to the cellular

phone and asked for your Affiant to obtain a number from his phone for him. Your Affiant did so in front of CORDOVA then locked the phone.

51.    While impounding the items seized from CORDOVA and DUARTE, your Affiant located a receipt from Tombstone Tactical, an FFL in Phoenix. The receipt was for the purchase of 9mm caliber Blazer ammunition on April 5, 2024.

52.    On May 1, 2024, your Affiant contacted the compliance manager for Tombstone Tactical. The compliance manager was able to locate video for the transaction on the receipt. Your Affiant reviewed the video and saw DUARTE was at the register with another male purchasing what appeared to be six boxes of miscellaneous ammunition. Your Affiant saw a second unknown Hispanic male with DUARTE at the register who eventually left with DUARTE.

53.    On May 7, 2024, your Affiant reviewed video taken during a manual search of CORDOVA's cell phone on February 24, 2021, during the service of a state search warrant by TFO Caggiano. Your Affiant saw that one of the photographs on CORDOVA's phone was of him and the same unknown Hispanic male seen with DUARTE on Tombstone Tactical surveillance video.

54.    On May 22, 2024, the Honorable John Z. Boyle authorized federal search warrant 24-8275MB for CORDOVA and DUARTE's cellular phones. On May 28, 2024, I reviewed phone extractions from DUARTE and CORDOVA's phones and found multiple text messages about the purchase and sale of firearms. Your Affiant found the following text messages, which were consistent with CORDOVA continuing to deal in firearms without a license after being warned in 2021:

| Date | Sender | Message |
|------|--------|---------|
| 01/29/2023 | Cordova | I think we can prolly sell at 1500-2000 unless they see the $3000 AD then we can price higher if we got it I'd price it at 2500 too and post the d that says 3200 |
| 02/03/2023 | Cordova | The AR guy is in a white dodge avenger his name is |

> Virgil I had the AR posted for $700 when he hit me up but dik if he seen my new post for $650 so if he gives you $650 fuck it or $700 take it

| | | |
|---|---|---|
| 02/23/2023 | Cordova | 1400 both Glocks g27 g43 and $700 AR total $2100 |

55.   Next, your Affiant examined messages between March 3, 2024, and April 27, 2024, from DUARTE and CORDOVA's phones. The messages showed CORDOVA had solicited or arranged for the purchase of firearms from approximately 119 different people. The messages also showed that approximately 65 different people had contacted CORDOVA to purchase firearms from him. These conversations included comments about CORDOVA having posted a firearm for sale.

56.   Following each of the text messages setting up a firearms transaction, CORDOVA would send a separate text message to DUARTE. Those text messages typically included a location, a description of the buyer/seller, the firearm, and price. After the transactions, DUARTE would provide a photo of the firearm obtained or acknowledgment of the sale. In several transactions when a buyer or seller requested CORDOVA's name, he would either provide his name as DUARTE or a description of DUARTE's truck for the meeting location.

57.   In CORDOVA's phone, your Affiant also saw messages about the straw purchasing of firearms commonly trafficked to Drug Trafficking Organizations ("DTOs"). These messages were associated with phone number (623) 399-2335, which law enforcement attributed to Subject 4 through a CashApp account. Based on training and experience, users generally provide a current and legitimate phone number for their CashApp account because the application provides a medium to transfer money. The messages are below:

| Date | Sender | Message |
|---|---|---|
| 04/15/24 | Subject 4 | Can you get a Barrett? |
| 04/15/24 | Subject 4 | Mainly focusing on big toys |
| 04/15/24 | CORDOVA | Bet I'll see if I can find one |

| | | |
|---|---|---|
| 04/18/24 | CORDOVA | My boy said he's down how much profit we make and how much is it we can do it tomorrow |
| 04/18/24 | Subject 4 | Bet say less let me see where they have them in Stock |
| 04/18/24 | Subject 4 | 2k pay out for Barrett 4K pay out for m249/m40 6k pay out for m2hb |
| 04/18/24 | CORDOVA | Bet let me talk to him but he's down |
| 04/18/24 | Subject 4 | There's a Barrett at the home based ffl |
| 04/23/24 | CORDOVA | 18 with scope |
| 04/23/24 | CORDOVA | Someone got a mg42 for sale 20k |
| 04/23/24 | Subject 4 | Is it the f1 or f2 series of scope? |
| 04/23/24 | CORDOVA | Just asked. F2. He said 18,300 and he can throw in 100rds ammo 10AP rounds 10 incendiary rounds. He can meet tomorrow morning 8-10am. What you wanna do so I can let him know. |
| 04/23/24 | Subject 4 | 1pm work? Can he meet today? |
| 04/23/24 | CORDOVA | He has someone wanting to buy it at noon tomorrow so he said if I come before he will give it to me he can't meet today. |
| 04/23/24 | Subject 4 | Let's do 8am |
| 04/23/24 | CORDOVA | You want it all for 18.3 the scope the ammo |
| 04/23/24 | Subject 4 | 18.3 that with everything and your cut |
| 04/23/24 | CORDOVA | Yeah |
| 04/23/24 | Subject 4 | Can you do 18 flat? |
| 04/23/24 | CORDOVA | Yeah I got you. Ted's Shooting Range 18618 S 186th Way Queen Creek, AZ 85142 United States Tomorrow 08:30 am wanna meet before so you can give me the cash |

| 04/23/24 | Subject 4 | Yes I got you. How short are you to get it? |
| 04/23/24 | CORDOVA | I got no bread right now I'm waiting for this dude to pick up what I got |
| 04/24/24 | Subject 4 | Is the guy making you do a transfer o is it private? |
| 04/24/24 | CORDOVA | Pretty sure he wanna transfer so my boy is gonna do it |
| 04/24/24 | Subject 4 | It dosen't open till 9 |
| 04/24/24 | CORDOVA | Maybe private sell bill of sale |
| 04/24/24 | CORDOVA | He said he gonna be busy thought it was gonna take him longer to get to Ted's gun range want to meet up and you give me the cash I'll go grab that and I can meet you back in Chandler |
| 04/24/24 | Subject 4 | What time does he want to meet? |
| 04/24/24 | CORDOVA | I told him I won't be there till 9 |
| 04/24/24 | Subject 4 | I can head out right now. I'll just meet you over There |
| 04/24/24 | CORDOVA | Bet I'll head to that Home Depot |

58.     Consistent with these messages, investigators found two photographs of a large quantity of U.S. currency in CORDOVA's phone. The photographs were taken on April 24, 2024. The metadata from the photographs included GPS data, which showed the photos were taken in the Home Depot parking lot and near Ted's Shooting Range, where CORDOVA and Subject 4 agreed to meet.

59.     I observed the following messages regarding a separate firearms transaction for an FN M249 between Subject 4 and CORDOVA:

| Date | Sender | Message |
|------|--------|---------|
| 04/27/24 | CORDOVA | M249 saw.[1] 14k if you wanna meet me with bread |
| | | I'll go have my boy get it |
| 04/27/24 | Subject 4 | Get it |
| 04/27/24 | CORDOVA | When can you meet me he can mee me rn |
| 04/27/24 | Subject 4 | South Phoenix |
| 04/27/24 | CORDOVA | I need the bread I got a bunch of straps I'm waiting to get off. 4801 E Elliot Rd Phoenix, AZ 85044 United States. How long till your here at gas station? |
| 04/27/24 | Subject 4 | 19mina |
| 04/27/24 | CORDOVA | Bet on my way |
| 04/27/24 | Subject 4 | 19mins. Say less |
| 04/27/24 | CORDOVA | I'm pulling up to the gas station right now |
| 04/27/24 | Subject 4 | Okay I'm 13mins away big car accident on 7th Ave |
| 04/27/24 | CORDOVA | Bet your good |
| 04/27/24 | Subject 4 | 4 |
| 04/27/24 | CORDOVA | I'm parked at gas pump in the dodge ram trunk |
| 04/27/24 | Subject 4 | Open the cover up make sure it's a real one no a prop one |
| 04/27/24 | CORDOVA | That dude we got the saw from has a browning |

---

[1] With respect to the FN M249, "SAW" stands for "Squad Automatic Weapon" and is a light machine gun used by the United States military. There is no indication that the "SAW" here was an actual automatic weapon. Rather, it appears that the parties were referring to the FN M249S, the semi-automatic version of the same firearm, and calling it a "SAW."

| | | hi power he's gonna let me know how much he wants and send me pics when he gets home |
| 04/27/24 | Subject 4 | Colt prewar 1911, Norinco or polytech aks. More browning hi powers |

60.    A records' check on Subject 4 showed he is on felony probation in Maricopa County Superior Court CR 2020-104416-001 for a violation of Narcotic Drug Transport and/or Sell and Misconduct Involving Weapons. The records showed Subject 4 was sentenced to 3 years in the Arizona Department of Corrections with 3 years' probation upon his release. Your Affiant checked the Arizona Department of Corrections website and saw that Subject 4 was released from prison on January 12, 2023. Your Affiant contacted the Maricopa County Adult Probation office and confirmed Subject 4 is on felony probation until 2027. On May 6, 2024, Subject 4 was granted permission to travel to Mexico from July 1, 2024, to July 24, 2024, over the State's objection.

61.    On June 7, 2024, your Affiant conducted surveillance at 1714 E. Ocotillo Road, Phoenix, Arizona 85016, a single-story apartment complex. Your Affiant obtained this address from text messages CORDOVA sent, advising that this was his residence. I located a 2017 Mercedes-Benz C300 bearing Arizona license plate J2A9XL ("Mercedes-Benz") on the east side of the apartment complex in a parking lot. Your Affiant saw a "United States Air Force" sticker on the back window of the Mercedes-Benz.

62.    Your Affiant conducted a records' check of the Mercedes-Benz and found it was registered to Lai-Oi Jennie Szeto Barber at 713 W. Magdalena Drive, Tempe, Arizona 85283. This is the same address where law enforcement previously contacted CORDOVA and is his listed residence with the Arizona Department of Transportation.

63.    Your Affiant checked law enforcement databases for the Mercedes-Benz and found on May 19, 2024, PPD stopped CORDOVA for a traffic violation in the Mercedes-Benz. Your Affiant reviewed PPD Body Worn Camera footage from the traffic stop. The video shows that officers conducted a traffic stop of the Mercedes-Benz after witnessing it doing "donuts" in the middle of the intersection at 1600 E. Maryland Avenue. Officers

stopped the Mercedes-Benz at approximately 1665 E. Ocotillo Road and contacted CORDOVA, who was driving. When officers spoke to CORDOVA, he provided that he was on his way home, motioning to 1714 E. Ocotillo Road.

64.     The Mercedes-Benz was compared to photos found on CORDOVA's phone. One of the photos was of damage to the rear driver's side bumper and appeared consistent with known photographs of the Mercedes-Benz taken by law enforcement. An additional photo was of CORDOVA sitting on the Mercedes-Benz holding two AK47-style rifles while in military uniform.

65.     On June 10, 2024, your Affiant contacted a subject ("witness #1") who sold the FN M249S to CORDOVA on April 27, 2024. Witness #1 stated he was contacted by an unknown Hispanic male via text message about the sale of the M249S. He agreed to meet the unknown male at the Chase Bank located 4745 E. Elliot Road in Phoenix for the sale. Witness #1 said he believed the person to whom he sold the firearm was the same person who was text messaging him.

66.     Witness #1 said the unknown male (believed to be DUARTE based on his phone's GPS coordinates and photos of the firearm in his phone) had given him cash in multiple bundles. Witness #1 provided that another subject was with the first male for the transaction. He recalled that this subject (believed to be CORDOVA) mentioned he was in the United States Air Force and talked with him about also purchasing another FN M249S SAW. On June 14, 2024, witness #1 was shown a photographic lineup and identified CORDOVA. He was unable to identify DUARTE.

67.     On June 11, 2024, PPD Detective Salcido obtained a copy of an Order of Protection #CC2023062676 from the Moon Valley Justice Court in Maricopa County. A review of the documents showed CORDOVA was served with the Order of Protection on April 6, 2023. The Order of Protection included the following order: "ARIZONA FIREARMS LAW. Under A.R.S. 13-3602(G)(4), the court finds that Defendant poses a credible threat to the physical safety of Plaintiff or Protected Persons. Therefore, Defendant

shall not possess, receive, or purchase firearms and shall surrender same within 24 hours of service[.]" The Order of Protection shows as active and listed the Ocotillo address.

68.    The Plaintiff made the following statement for the grounds of the Order of Protection:

> Anthony loaded a gun and pointed it at Brianna and told her to pack her things and leave after he was drinking at a Halloween party and they had altercations at the party. When she tried to leave her held her down on the floor telling her she wasn't going anywhere and he would hire someone to come kill her if she ever left. Anthony sells guns and has been in trouble with the ATF in the past for selling guns and making a living out of it. someone was murdered with one of the guns he sold and he got into trouble because they thought he was the ring leader but actually he is not responsible and sells guns to anybody as long as he gets paid. Brianna has hundred of photos of Anthony with the guns and being irresponsible[.]

69.    On June 12, 2024, your Affiant checked 1714 E. Ocotillo Road for the Mercedes-Benz. The Mercedes-Benz was not in the parking lot but a 2024 Honda Pilot bearing Arizona license plate DGA6ET ("Honda Pilot") was parked at the apartment complex adjacent to where the Mercedes-Benz was seen before. A records' check of the license plate showed the Honda Pilot was registered to Erika Duarte Campos at 756 E. Portland Street, Apt. #17, Phoenix, Arizona 85006. This is the same address DUARTE has listed with the Arizona Department of Transportation.

70.    On June 13, 2024, your Affiant contacted the subject ("witness #2") who sold the Barrett rifle to CORDOVA and DUARTE on April 24, 2024. Witness #2 stated a friend of his had listed the Barrett rifle for sale for him online. His friend put him in touch with an unknown subject, believed to be CORDOVA. They agreed to meet at Ted's Gun Range for the transfer of the firearm transaction. Witness #2 recalled the firearm was purchased in cash and there were two people present for the firearm transaction. He recalled that the purchaser remarked that he was in the "Air Force."

71.    On June 16, 2024, your Affiant contacted witness #2 to show him a photo recovered from CORDOVA's cell phone. The photo was of a Barrett rifle on the tailgate of

a truck. The associated metadata showed the photograph was taken at Ted's Shooting Range on the day of the transaction. Witness #2 confirmed the photo was taken when he sold the firearm to CORDOVA. He identified his forearm in the photograph based on a tattoo.

72.     On June 17, 2024, at approximately 2:51 p.m., PPD Drone Surveillance Unit (DSU) assisted with surveillance at 1714 E. Ocotillo Road. During the surveillance, the Mercedes-Benz and Honda Pilot were seen parked on the east side of the apartment complex. DUARTE and CORDOVA were observed exiting unit #8 and getting into the Honda Pilot. The Honda Pilot then left the apartment complex parking lot.

73.     At approximately 4:13 p.m., the Honda Pilot returned to the apartment complex and parked next to the Mercedes-Benz. CORDOVA exited from the front passenger seat of the Honda Pilot, grabbing groceries from the vehicle. DUARTE exited from the driver's seat of the Honda Pilot, also grabbing groceries. Both DUARTE and CORDOVA carried groceries from the Honda Pilot into unit #8.

74.     On June 20, 2024, your Affiant conducted surveillance near DUARTE's apartment complex on Portland Street. As your Affiant was entering the parking lot, your Affiant saw the Honda Pilot exiting with DUARTE driving.

75.     On July 2, 2024, the Honorable Deborah M. Fine authorized federal tracking warrant 24-5193MB for the Mercedes-Benz. On July 3, 2024, law enforcement installed the GPS tracker on the Mercedes-Benz.

76.     On July 5, 2024, the Honorable Deborah M. Fine authorized federal tracking warrant 24-5218MB for the Honda Pilot. On July 7, 2024, law enforcement installed the GPS tracker on the Honda Pilot.

77.     On July 9, 2024, at approximately 5:22 p.m., the GPS tracker for the Honda Pilot showed it arriving at CORDOVA's residence. PPD detectives began surveillance based on this movement. Tracking data then showed that the Honda Pilot had left CORDOVA's residence and was traveling back toward DUARTE's residence.

78.     Surveillance officers at DUARTE's residence saw the Honda Pilot park in the rear of the apartment complex and a male subject was seen entering DUARTE's residence.

Due to the surveillance location and proximity of the parking spot to DUARTE'S residence, officers could not definitively identify DUARTE as the male. At approximately 6:16 p.m., a male subject was seen leaving DUARTE's residence and walking to the rear parking lot. Shortly after the male subject disappeared and the Honda Pilot exited the parking lot. PPD detectives followed the Honda Pilot to Mountainside Fitness at 401 E. Jefferson Street in downtown Phoenix. PPD detectives were not able to see the male subject exit from Honda Pilot.

79.    During this time, the Mercedes-Benz tracker showed the vehicle had left CORDOVA's residence and was also traveling toward Mountainside Fitness. PPD detectives saw the Mercedes-Benz entering the parking lot and CORDOVA exiting from the driver's seat of the vehicle. CORDOVA then entered Mountainside Fitness.

80.    At approximately 7:10 p.m., PPD detectives saw CORDOVA, DUARTE, and a third unknown male subject exit the gym. CORDOVA sat in the driver's seat of the Mercedes-Benz and briefly talked with DUARTE. DUARTE then walked to the Honda Pilot, entering the driver's side.

81.    PPD detectives followed the Honda Pilot to a QuikTrip gas station at 1610 E. Highland Avenue in Phoenix. Once there, they saw that the Honda Pilot had backed into a parking spot on the south side of the gas station. A few minutes later, the Honda Pilot pulled out of the parking spot and pulled up to a gas pump. DUARTE, the driver, appeared to be talking on his cellular phone at this time. At approximately 7:39 p.m., DUARTE exited the vehicle and was still talking on his phone. He walked to the rear of his Honda Pilot before returning back to the driver's side door.

82.    At approximately 7:41 p.m., PPD detectives saw a black, 2014 BMW 328i bearing Arizona temporary license plate M6A4JW (the "BMW") pull up to the gas pump directly behind the Honda Pilot. Your Affiant saw that the BMW was parked so the trunk of the vehicle lined up with and was facing the rear hatch of the Honda Pilot. Both the BMW and the Honda Pilot were parked so their gas tank was on the opposite side of the pumps.

83.     PPD detectives saw the driver, later identified as Subject 5, exit from the BMW and meet with DUARTE, shaking hands. Subject 5 and DUARTE went to the rear of the Honda Pilot, and DUARTE opened the rear hatch. Subject 5 then reached into the rear of the Honda Pilot and grabbed what PPD detectives believed was a rifle and place the item into the trunk of the BMW. Both Subject 5 and DUARTE get into their vehicles and drove away. *See Photographs below:*

 

84.     PPD detectives continued surveillance of the BMW as it merged on to State Route 51 southbound. A records' check of the registration for the BMW showed it is registered to Subject 5 with an address of 7660 N. Desert Road, Tucson, Arizona. The registration showed the BMW license plate was issued a "First Responder" license plate.

85.     The BMW then traveled westbound on I-10, exiting at 67th Avenue and driving eastbound on McDowell Road toward 59th Avenue, where it entered an AutoZone parking lot at 5921 W. McDowell Rd. at approximately 8:00 p.m. During surveillance, a PPD surveillance helicopter assisted with locating the BMW.

86.     Once parked, Subject 5 remained in the BMW for a time and did not immediately exit. Subject 5 then exited and reentered the vehicle as if he was waiting for another person to arrive at the location. During this time, PPD detectives positioned themselves to maintain clear views of the BMW and had the helicopter increase their distance so surveillance was not obvious.

87.   Subject 5 then exited the BMW with the front seat passenger, later identified as Subject 6, and entered the AutoZone store. Inside the store, surveillance officers saw Subject 5 approach the front door several times, looking out before turning around and walking back toward the cash register.

88.   At approximately 8:16 p.m., Subject 5 and Subject 6 exited AutoZone and reentered the BMW. The BMW then traveled eastbound toward 51st Avenue. The BMW committed a traffic violation turning right onto southbound 51st Avenue and surveillance saw it attempting to enter eastbound I-10.

89.   At approximately 8:20 p.m., PPD officers conducted a traffic stop of the BMW as it pulled onto the I-10 onramp. They identified Subject 5 as the driver. Subject 5 was asked if he had any firearms, to which he responded, "Yeah, I have a, I have a couple of rifles I just picked up." Subject 5 told officers the firearms were "AKs" and that he paid "26 for both." Subject 5 stated he lived in Tucson and was on his way back. He had come up to Phoenix just to purchase the firearms and return back to Tucson. Officers asked Subject 5 if they could view the firearms to see if they were stolen and Subject 5 declined.

90.   Your Affiant contacted Subject 5 and had him exit the vehicle to stand on the side of the roadway. Subject 5 asked if he was under arrest and your Affiant told him he was not but was being detained. Your Affiant advised Subject 5 of his *Miranda* warnings and he understood them. Your Affiant confronted Subject 5 about the optics of him driving up from Tucson to purchase two AK47-style rifles and immediately traveling back to Tucson. Subject 5 acknowledged he understood what your Affiant was saying regarding the appearance of him trafficking in firearms.

91.   Your Affiant asked Subject 5 if he had previously been contacted by ATF and he confirmed he had, then invoked his right to counsel. Your Affiant confirmed with Subject 5 that he was asking for an attorney and ceased questioning.

92.   A Phoenix officer then contacted the female passenger, Subject 6, speaking with her in Spanish. The passenger initially provided that she had recently met Subject 5 and was unaware of what was going on. She was advised that she was not under arrest and

was free to leave at any time. The officer advised the passenger of her *Miranda* rights and she acknowledged that she understood them.

93.　The passenger stated that Subject 5 asked her if he could run an errand with him and the two would eat before going back to Tucson. They stopped about an hour earlier at unknown location and Subject 5 exited the BMW. The female passenger was unaware of what Subject 5 was doing when he got out of the BMW.

94.　Your Affiant obtained consent from the passenger to search her cellular phone. She unlocked her phone and handed it to the officer. The officer looked through the phone and advised there were multiple money transfers. The passenger stated that the text messages were bank notifications from when she used her bank card. The passenger denied sending money to Mexico.

95.　The female passenger went on to provide Subject 5's phone number, (520) 342-9894. The passenger advised that she had a small child in Tucson, so officers attempted to coordinate getting her personal items from the vehicle, which included her purse and medication. As her purse was removed, the passenger said that she had a large sum of cash inside. She told officers that Subject 5 handed her a bundle of cash and asked her to put it in her purse just before police stopped them. She initially refused but Subject 5 insisted. She consented to a search of her purse, where a bundle of cash was located.

96.　Officers escorted the passenger back to the patrol car with Subject 5. Your Affiant explained to Subject 5 and the passenger that the two would be taken to the Arco gas station on 43rd Avenue so they would not have to walk off the freeway. Your Affiant informed Subject 5 the BMW was going to be towed to the Phoenix Police Department impound lot pending the service of a search warrant.

97.　Subject 5 then advised he would provide consent for me to enter his vehicle to take his cellular phone and the two firearms. Subject 5 persisted he would provide consent but did not want me to search the rest of his vehicle. Your Affiant informed Subject 5 that your Affiant would only remove his cellular phone and the two firearms. He would be

present to see me remove the items and could revoke consent at any time. Subject 5 signed a Phoenix Police Department Consent to Search Form.

98.   Subject 5 was escorted to the BMW where he had a clear view of the car. I entered the driver's side of the vehicle and obtained Subject 5's cellular phone. As I began to remove the phone, Subject 5 advised he was no longer providing consent for the search. Your Affiant exited the vehicle and secured the car pending the service of a search warrant. Prior to Subject 5's release, your Affiant showed Subject 5 the U.S. currency removed from his passenger's purse and informed him it was being impounded as evidence. Your Affiant asked Subject 5 to confirm the dollar amount that should be in the bundle of cash, and he responded that there should be $4,800. The BMW was then towed to Phoenix Police Department impound lot pending the service of a search warrant.

99.   On July 10, 2024, your Affiant checked the tracker coordinates for the Honda Pilot. The data showed that, following the sale of firearms to Subject 5, DUARTE drove to CORDOVA's residence. DUARTE was at CORDOVA's residence for approximately a minute before returning to the QuikTrip at 1610 E. Highland Avenue. The Honda Pilot was present at the gas station for approximately 15 minutes before returning to CORDOVA's residence.

100.   Next, your Affiant contacted the store manager at QuikTrip for video footage. Your Affiant reviewed the video for the initial transaction between Subject 5 and DUARTE that took place on July 9th. In the footage, your Affiant saw Subject 5 remove a rifle from the rear cargo compartment of the Honda Pilot and place the rifle into the trunk of the BMW.

101.   Your Affiant continued to review the video for when DUARTE returned to the QuikTrip. Your Affiant saw the Honda Pilot pull into the gas station and drive toward the middle gas pumps. It should be noted that this area is not shown as clearly in surveillance footage. The Honda Pilot pulled past a gray sedan before stopping at the gas pumps in front of the gray sedan. The gray sedan then backed up and turned around, so the trunk of the gray sedan and the rear cargo compartment of the Honda Pilot were facing each other.

102.   An unknown subject exited from the gray sedan and walked up to the rear of the Honda Pilot. Shortly after walking to the rear of the Honda Pilot, the unknown subject walked back to the gray sedan, entering it. Both the Honda Pilot and gray sedan then drove away.

103.   Using the phone number for Subject 5 provided by his female passenger, I then searched for that number in the extraction from CORDOVA's cell phone. The following text message was found:

| Date | Sender | Message |
|------|--------|---------|
| 08/28/2023 | CORDOVA | I'll buy 3 AKs if you can do $1200 each |
| 08/28/2023 | Subject 5 | Thankyou but I'm firm on price |

104.   Your Affiant conducted a records' check of Subject 5 and found he was listed in an ongoing criminal investigation by ATF. I spoke with the case agent regarding the investigation and learned that Subject 5 had admitted during an interview to manufacturing, buying, and selling firearms without a license. In that investigation, at least two firearms initially purchased by Subject 5 were recovered Mexico.

105.   The case agent in that investigation also obtained a federal search warrant for a cellular phone previously in Subject 5's possession. A review of the data from the phone showed multiple messages in February 2023 regarding the sale and purchase of firearms.

106.   On July 11, 2024, United States Magistrate Judge Alison S. Bachus authorized warrants for the residences of CORDOVA and DUARTE and their vehicles under 24-6226MB and 24-6227MB.

107.   On July 12, 2024, at 7:13 a.m., PPD officers arrested CORDOVA during a traffic stop and he requested to speak with an attorney. Officers then executed the warrant at his residence and found the following items:

a.   FN SCAR rifle;

b.   KE Arms rifle;

c.   Approximately $7,000 in currency;

d. Approximately 8 baggies of a white powdery substance suspected to be cocaine; and

e. Notebook ledger containing a list of firearms purchased and sold with pricing.

108. At 7:50 a.m., ATF personnel executed the search warrant at DUARTE's residence, taking him into custody. DUARTE related that there were three firearms in his residence, describing two rifles and a handgun. ATF recovered the firearms during the search. DUARTE acknowledged the earlier text conversation about the M249S then invoked his right to remain silent.

109. A check on July 12, 2024, confirmed that CORDOVA and DUARTE are still not Federal Firearms Licensees (FFLs).

## CONCLUSION

110. Based on the above, I submit that there is probable cause that ANTHONY PATRICK CORDOVA and ANTHONY DUARTE committed violations of 18 U.S.C. § 922(a)(1)(A), 923(a), and 924(a)(1)(D), Dealing Firearms without a License.

111. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_George Fulton_

Digitally signed by George Fulton
DN: cn=George Fulton,
email=george.fulton@atf.gov,
c=US
Date: 2024.07.12 19:05:18 -04'00'

GEORGE FULTON
Task Force Officer
The Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this __17__ day of July, 2024.

_M Morrissey_

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge